■ In the Matter of the Estate of MAGDA CORDELL MCHALE, Deceased. DENISE KELLEHER, Respondent; EVAN MCHALE, Appellant, et al., Respondents. [4 NYS3d 576]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered September 28, 2012. The order adjudged that the January 21, 2008 instrument of gift is valid and fully enforceable and that the property encompassed by the instrument of gift is not part of the estate of Magda Cordell McHale.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley and Valentino, JJ.